1  David M. Morgan
2  10 Quality Hill
3  P.O. Box 1218
4  Bisbee, AZ 85603
5  520-236-4051
6  editor.SVDR@gmail.com



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| David M. Morgan | No. CV-19-00571-TUC-DCB |
|---|---|
| Plaintiff, | |
| vs. Cochise County; Brian McIntyre, et al | MOTION TO EXTEND TIME TO COMPLETE SERVICE (per Rule 4m) |
| Defendant. | |

Plaintiff, pro se, moves this Court to grant additional time to complete service on defendants, for good cause — that being the court's inaction on Plaintiff's Dec 6, 2019 application for fee waiver or deferral.

Plaintiff was prepared today to accomplish service after filing his First Amended Complaint. Upon making that filing plus a motion to add one defendant and update contact information on another, Plaintiff requested summons forms from the clerk.

Upon completing preparation of the multiple summons forms, Plaintiff presented them to the clerk and was told they could not be issued because the "IFP" had not been ruled upon.

Respectfully submitted,