| | |
|---|---|
| 1 | **JELLISON LAW OFFICES, PLLC** |
| | 36889 North Tom Darlington Drive |
| 2 | Suite B7, Box 2800, #304 |
| | Carefree, AZ 85377 |
| 3 | Telephone:  (480) 659-4244 |
| | E-mail:  jim@jellisonlaw.com |
| 4 | JAMES M. JELLISON, ESQ.  #012763 |
| | Attorney for Defendants McIntyre, Cochise County, Cochise County Board of Supervisors, |
| 5 | Sara Ransom, Lori Zucco, Mark Dannels, Ken Bradshaw, Ariel Monge, Todd Borquez, Carol |
| | Capas, Pat Call, Ann English, and Peggy Judd (collectively, the "Cochise County |
| 6 | Defendants") |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 9 | David W. Morgan, | Case No.:  4:19-cv-00571-DCB |
| 10 |         Plaintiff | **COCHISE COUNTY DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER OR FILE OTHER RESPONSE OR MOTION TO COMPLAINT** |
| 11 | vs. | |
| 12 | Brian McIntyre, individually and in his official capacity as elected County Attorney for Cochise County; Cochise County; Cochise County Board of Supervisors; Sara Ransom, individually and in her former official capacity as Deputy County Attorney; Lori Zucco, individually and in her official capacity as Deputy County Attorney (Chief, Criminal Div); Mark Dannels, individually and in his official capacity as elected Sheriff of Cochise County; Ken Bradshaw, individually and in his official capacity as Detentions Commander, Cochise County Sheriff's Office; Ariel Monge, individually and in his official capacity as Lieutenant, Bisbee Jail Operations, Cochise County Sheriff's Office; Todd Borquez, individually and in his official capacity as Detective, Cochise County Sheriff's Office; Carol Capas, Individually and in her official capacity as Public Information Officer, Cochise County Sheriff's Office; Mary Ellen Suarez-Dunlap, individually and in her former official capacity as elected Clerk of the Superior Court for Cochise County; Amy Hunley, individually and in her official capacity as elected Clerk of the Superior Court for Cochise County; Jane and/or John Does (identities currently unknown), individually and in her/his official capacity as | |

employees of the Office of the Clerk of the Superior Court; Pat Call, individually and in his former official capacity as elected Supervisor of Cochise County; Ann English, individually and in her official capacity as elected Supervisor of Cochise County; Peggy Judd, individually and in her official capacity as elected Supervisor of Cochise County;

Defendants.

The Cochise County Defendants, through counsel undersigned, respectfully request an extension of time to answer, or otherwise move or respond to, Plaintiff's First Amended Complaint on a one-time basis for a period of 30 days.

Plaintiff filed his Complaint on December 6, 2019. Plaintiff's First Amended Complaint was filed on March 5, 2020. All Cochise County Defendants, except Defendant Sara Ransom, were served by the U.S. Marshals Service on April 16, 2020. It is believed Defendant Ransom was served on April 24, 2020. The Cochise County Defendants are to answer or otherwise respond to Plaintiff's First Amended Complaint no later than May 7, 2020 and May 15, 2020, respectively. This motion for extension of 30 days to answer or otherwise respond is based on the following.

Counsel for the Cochise County Defendants needs the additional time to evaluate the case and arrange to meet with clients, and to further assess the First Amended Complaint for potential motions and meet and confer with Plaintiff as required pursuant to LRCiv. 12.1(c). Plaintiff has been consulted and does not oppose this request.

The Cochise County Defendants assert there is good cause for the requested extension, and intend to defend themselves in this matter, and that a draft order effecting this Motion is attached hereto.

DATED this 6th day of May, 2020.

JELLISON LAW OFFICES, PLLC

By: s/ James M. Jellison
*Attorneys for Cochise County Defendants*

CERTIFICATE OF MAILING

I hereby certify that on May 6, 2020, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrants:

David M. Morgan, Publisher
The Cochise County Record
10 Quality Hill
PO Box 1218
Bisbee, Arizoina 85603
Editor.SVDR@gmail.com
*Plaintiff*

s/Judy Phillips