**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M Morgan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Cochise County Board of Supervisors, et al.,<br><br>　　　　　Defendants. | No. CV-19-00571-TUC-DCB<br><br>**ORDER** |

　　　　Plaintiff filed this action on December 6, 2019, suing numerous Cochise County Defendants. (Doc. 1.) Plaintiff proceeds pro se. He was given notice that the Court is participating in the Mandatory Initial Discovery Pilot (MIDP) and that the case is subject to the pilot. (Doc. 6: General Order 17-08, amended November 1, 2018.) Plaintiff filed an Amended Complaint on March 5, 2020. (Doc. 11.) Plaintiff sought in forma pauperis status, which was granted, and the Court ordered service to be performed by the United States Marshal. (Order (Doc. 12)). The Defendants were served on April 16, 2020, except for Defendant Ransom, who was served on April 24, 2020. Responsive pleading(s) are due within 21 days or by May 7 and 15, respectively. Fed. R. Civ. P.12(a)(1)(A)(i). On May 26, 2020, the Cochise County Defendants requested an extension of time to answer, or otherwise move or respond to the Plaintiff's First Amended Complaint on a one-time basis for a period of 30 days. Plaintiff does not object.

　　　　Pursuant to MIDP ¶ A.5, the Court may grant a one-time extension of up to 30 days to respond to a complaint upon a showing that a defendant cannot reasonably respond to a complaint within the time set forth in Rule 12(a). The Court grants such an extension of

time based on the reasons provided in the motion, with the responsive pleading due by June 8, 2020. The parties shall note that their MIDP initial responses are due no later than 30 days after the first responsive pleading is filed in the case. General Order 17-08 ¶ A.6.

**Accordingly**,

**IT IS HEREBY ORDERED** that the Motion for Extension of Time (Doc. 27) is GRANTED.

**IT IS FURTHER ORDERED** that the Cochise County Defendants are granted a 30-day extension of time to answer or otherwise move or respond to Plaintiff's First Amended Complaint up to and including **June 8, 2020.** NO FURTHER EXTENSIONS OF TIME FOR FILING THE RESPONSIVE PLEADING(S) WILL BE GRANTED.

Dated this 14th day of May, 2020.

Honorable David C. Bury
United States District Judge