AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Plaintiff: DAVID M MORGAN

v.

Defendant: MARY ELLEN JUAREZ DUNLAP

Civil Action No. CV-19-571-TUC-DCB

## WAIVER OF THE SERVICE OF SUMMONS

To: DAVID M MORGAN
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 7/16/2020, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/19/20

Signature: (signed)
Printed name of party waiving service of summons: Mary Ellen Suarez-Dunlap

Signature of the attorney or unrepresented party: (signed)
Printed name: Christopher P. White

Address: 416 W. Congress, 2nd Flr, Tucson, AZ 85701

E-mail address: christopher.white@azag.gov

Telephone number: (520) 638-2805

FILED / RECEIVED
MAY 20 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY