1 MARK BRNOVICH
ATTORNEY GENERAL
2
3 CHRISTOPHER P. WHITE (032224)
Assistant Attorney General
416 W. Congress, 2nd Floor
4 Tucson, Arizona  85701-1315
(520) 638-2800 • Fax (520) 628-6050
5 christopher.white@azag.gov

6 Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| David M. Morgan, | NO. CV19-00571-TUC-DCB |
| Plaintiff, | |
| v. | **STATE DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Cochise County Board of Supervisors, et al., | |
| Defendants. | (first request) |

Defendants Amy Hunley and Mary Ellen Suarez-Dunlap (State Defendants), through counsel, move to extend their time to respond to Plaintiff Morgan's First Amended Complaint (doc. 11) by 30-days.  State Defendants' current deadline is June 15, 2020; the requested new deadline is July 15, 2020.

This Motion is brought because State Defendants have conferred telephonically and through email with Plaintiff Morgan, who has indicated his intent to seek leave to file a second amended complaint.  It is therefore in the interest of judicial economy to await the proposed amended complaint before filing an answer or motion to dismiss.

Relatedly, Defendants and Mr. Morgan have conferred pursuant to LRCiv. 12.1(c) regarding Defendants' intent to move to dismiss the First Amended Complaint.  The parties agreed that amendments could cure some of the deficiencies alleged by Defendants.  However, since the anticipated proposed second amended complaint has not

1  yet been filed, Defendants would be constrained to move to dismiss the First Amended
2  Complaint regardless of its curability, unless the requested extension is granted.
3       Neither Plaintiff Morgan nor counsel for Cochise County Defendants objects to
4  this request.
5       For these reasons, State Defendants respectfully request a 30-day extension of time
6  by which to file an Answer or otherwise defend against Plaintiff's First Amended
7  Complaint.
8       RESPECTFULLY SUBMITTED this  15th   day of June, 2020.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

s/Christopher P. White
CHRISTOPHER P. WHITE
Assistant Attorney General
Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on  15th  day of June, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David M. Morgan
P.O. Box 1218
Bisbee, AZ 85603
Editor.SVDR@gmail.com
*Pro Per Plaintiff*

James M. Jellison, Esq.
Jellison Law Offices, PLLC
36889 N Tom Darlington Drive
Suite B7, Box 2800, #304
Carefree, AZ 85377
jim@jellisonlaw.com
*Attorney for Cochise County Defendants*

s/slf
8778503