# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID M MORGAN,<br><br>Plaintiff, *In Forma Pauperis*<br><br>vs<br><br>BRIAN McINTYRE, COCHISE COUNTY, COCHISE COUNTY BOARD OF SUPERVISORS, SARA RANSOM, LORI ZUCCO, MARK DANNELS, KEN BRADSHAW, ARIEL MONGE, TODD BORQUEZ, CAROL CAPAS, MARY ELLEN SUAREZ-DUNLAP, AMY HUNLEY, JANE and/or JOHN DOES, PAT CALL, ANN ENGLISH, and PEGGY JUDD<br><br>Defendants. | Case No. 4:19-cv-00571-DCB<br><br><br>ORDER EXTENDING DEADLINE (15 DAYS) FOR RESPONSE TO COCHISE COUNTY DEFENDANTS' MOTION TO DISMISS<br><br><br>THE HON. DAVID C BURY |

PLAINTIFF'S Unopposed Motion to Extend Deadline (until July 6, 2020) for Response to County Defendants' Motion to Dismiss is GRANTED.

Dated this ____ of June, 2020.

_____
(for the Court)