**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M Morgan, | No. CV-19-00571-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Cochise County Board of Supervisors, et al., | |
| Defendants. | |

Defendants Amy Hunley and Mary Ellen Suarez-Dunlap (State Defendants) were served and the time to respond to Plaintiff Morgan's First Amended Complaint (Doc. 11) was due by June 15, 2020. They request a new deadline: July 15, 2020. There is no objection. Plaintiff reportedly intends to amend the First Amended Complaint, perhaps in response to a Motion to Dismiss which was filed by the County Defendants.

**Accordingly,**

**IT IS ORDERED** that the Motion to Extend (Doc. 33) is GRANTED, extending the time for Defendants Hunley and Suarez-Dunlap to file a responsive pleading to the First Amended Complaint through to and including July 15, 2020.

///

///

**IT IS FURTHER ORDERED** that the Plaintiff's Response to the Motion to Dismiss is due by June 25, 2020. Failure to file a Response may result in the Court summarily granting the motion to dismiss. LR 7.2(i).

Dated this 22nd day of June, 2020.

_____
Honorable David C. Bury
United States District Judge