**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M Morgan, | No. CV-19-00571-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Cochise County Board of Supervisors, et al., | |
| Defendants. | |

The Court finds good cause for the Plaintiff's Unopposed Motion to Extend the Deadline for filing the Response to the Motion to Dismiss,

**Accordingly,**

**IT IS ORDER** that the Motion for Extension of Time (Doc. 34) is GRANTED.

**IT IS FURTHER ORDERED** that the Response to the Motion to Dismiss is due by July 6, 2020.

Dated this 24th day of June, 2020.

Honorable David C. Bury
United States District Judge