# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M Morgan,<br><br>        Plaintiff,<br><br>v.<br><br>Cochise County Board of Supervisors, et al.,<br><br>        Defendants. | No. CV-19-00571-TUC-DCB<br><br>**ORDER** |

The Court finding good cause,

**IT IS ORDERED** that the Motion to File a Late Response to the State Defendants' Motion to Dismiss (Doc. 46) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall amend the docket to reflect that the Response to State Defendants' Motion to Dismiss (Doc. 47) and Attachments (Doc. 48 and 49) are filed into the record as of today's date, with the Reply deadline running accordingly.

Dated this 20th day of August, 2020.

David C. Bury
United States District Judge