UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID M. MORGAN,

        Plaintiff - Appellant,

v.

COCHISE COUNTY BOARD OF SUPERVISORS; COUNTY OF COCHISE, Certain officials and employees, in their personal and official capacities; BRIAN M. MCINTYRE, County Attorney; SARA VIRGENE MARIE RANSOM, Former Deputy County Attorney; LORI ZUCCO, Chief Deputy County Attorney, Criminal Division; MARK DANNELS, Sheriff; KEN BRADSHAW, Commander, Detentions Division; ARIEL MONGE, Sheriff's Lieutenant, Bisbee Jail Manager; TODD BORQUEZ, Detective; CAROL CAPAS, Public Information Officer; MARY ELLEN DUNLAP, Former Clerk of the Superior Court; PAT CALL, Former County Supervisor, Non-Justice of Peace; ANN ENGLISH, County Supervisor; PEGGY JUDD, County Supervisor; AMY HUNLEY, individually and in her official capacity as elected Clerk of the Superior Court for Cochise County; DOES, Unknown Parties named as Jane and/or John Does,

No. 20-17034

D.C. No. 4:19-cv-00571-DCB
U.S. District Court for Arizona, Tucson

**TIME SCHEDULE ORDER**

Defendants - Appellees.

The parties shall meet the following time schedule.

**Mon., December 14, 2020**   Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**Wed., January 13, 2021**   Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1.

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7