**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

David M Morgan,

        Plaintiff,

v.

Cochise County Board of Supervisors, et al.,

        Defendants.

No. CV-19-00571-TUC-DCB

**ORDER**

On December 6, 2019, the Plaintiff filed a civil rights claim under 42 U.S.C. § 1983 against Defendants. Plaintiff proceeded in forma pauperis.  On September 17, 2020, this Court granted Defendants' Motion to Dismiss and entered Judgment against the Plaintiff.

He has filed an appeal and seeks to proceed on appeal in forma pauperis.  The Ninth Circuit Court of Appeals has referred the matter to this Court for the limited purpose of determining whether it is taken in good faith.  See 28 U.S.C. 1915(a)(3). Because Plaintiff was granted in forma pauperis status here, he may proceed on appeal in forma pauperis automatically, unless this Court finds the appeal is not taken in good faith. *See* 28 U.S.C. 1915(a)(3) and FRAP 24(a).

In the absence of some evident improper motive, good faith is shown by the presentation of any issue which is not plainly frivolous. *Gilbert v. United States*, 278 F.2d 61, 62 (9th Cir. 1960) (quoting *Ellis v. United States*, 356 U.S. 674, 674 (1958). "An appeal not taken in 'good faith,' as described in § 1915(a), is not the same as substantive frivolousness because bad faith imports a consciousness of frivolity as distinct from

frivolity, 'simpliciter.'" *Jaffe v. United States*, 246 F.2d 760, 761 (2d Cir. 1957) (Hand, J.). Plaintiff's claims were not plainly frivolous.

Accordingly,

**IT IS ORDERED** that after a review of the case, the Court finds the appeal has been taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to the Ninth Circuit Court of Appeals.

Dated this 21st day of October, 2020.

David C. Bury
United States District Judge